FILED
March 7, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
            )            Case No. 2:06-mj-67 KJM
    Plaintiff,    )
v.          )            ORDER FOR RELEASE OF
            )            PERSON IN CUSTODY
Jessica Mayoral,   )
            )
_____)
    Defendant.

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Jessica Mayoral Case No. 2:06-mj-67 KJM

_ from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

    _   Release on Personal Recognizance

    _   Bail Posted in the Sum of _____

    X   $25,000 Unsecured Appearance Bond

    _   Appearance Bond with 10% Deposit

    _   Appearance Bond secured by Real Property

    _   Corporate Surety Bail Bond

    X   (Other) PTS conditions/supervision

Issued at Sacramento, CA on 3/7/06 at 2:35 p.m.

                                By /s/ Kimberly J. Mueller
                                Kimberly J. Mueller
                                United States Magistrate Judge