FILED
March 7, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )
            Plaintiff,    )     Case No.  2:06-mj-67 KJM
v.                        )
                          )     ORDER FOR RELEASE OF
                          )     PERSON IN CUSTODY
Jessica Mayoral,          )
                          )
_____)
            Defendant.

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Jessica Mayoral  Case No. 2:06-mj-67 KJM

_ from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

    _ Release on Personal Recognizance

    _ Bail Posted in the Sum of _____

    X $25,000 Unsecured Appearance Bond

    _ Appearance Bond with 10% Deposit

    _ Appearance Bond secured by Real Property

    _ Corporate Surety Bail Bond

    X (Other) PTS conditions/supervision

Issued at  Sacramento, CA  on 3/7/06  at 2:35 p.m.

By /s/ Kimberly J. Mueller
Kimberly J. Mueller
United States Magistrate Judge